# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENLEY FINANCE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> GOYETTE & ASSOCIATES, INC., et al.,; BIOSCIENCE ENTERPRISES, INC., a California corporation; and DOES 1-20 inclusive <br><br> Defendants. | Case No. 2:20-cv-01834-TLN-KJN <br><br> **ORDER ON STIPULATION TO EXTEND THE TIME FOR COMPLETION OF DISCOVERY** <br><br> Courtroom: Courtroom 2, 15th floor <br> Honorable Troy L. Nunley___ |

Plaintiff Henley Finance, Ltd. ("Plaintiff"), Defendant Bioscience Enterprises, Inc., and Defendant Goyette & Associates, Inc., ("Defendants") (collectively "the Parties") stipulated to extend the time for completion of discovery to two weeks beyond the currently set date to accommodate the witnesses' schedules that prevented them from being available for deposition until at or around the currently set date for completion of discovery. There have been no prior discovery extensions.

IT IS ORDERED that the date for completion of discovery is extended two weeks to December 1, 2022.

Dated:  November 8, 2022

Troy L. Nunley
United States District Judge