1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENLEY FINANCE, LTD., | Case No. 2:20-cv-01834-DJC-KJN |
| Plaintiff, | **ORDER ON AMENDED STIPULATION TO CONTINUE THE DATE OF THE HEARING ON MOTION FOR SUMMARY JUDGMENT AND TO EXTEND THE TIME FOR FILING OPPOSITION AND REPLY BRIEFS THERETO** |
| v. | |
| GOYETTE & ASSOCIATES, INC., et al,; BIOSCIENCE ENTERPRISES, INC., a California corporation; and DOES 1-20 inclusive | |
| Defendants. | Courtroom: Courtroom 2, 15th floor Honorable Daniel J. Calabretta |

    Plaintiff Henley Finance, Ltd. ("Plaintiff") and Defendant Goyette &
Associates, Inc., ("Defendant") (collectively "the Parties"), pursuant to Eastern
District of California Rule 230(f) and Section IV of the Honorable Daniel J.
Calabretta's Standing Order in Civil Cases, submitted an amended stipulation to (1)
continue the hearing date for the motion for summary judgment (ECF Doc 35) from
its noticed date of July 20, 2023 to August 17, 2023 at 1:30 p.m.; and (2) extend the
time for filing Plaintiff's Opposition brief from June 13, 2023 to June 23, 2023, and
Defendant's Reply brief from June 23, 2023 to July 11, 2023.

/ / /

ORDER ON AMENDED STIPULATION TO CONTINUE
MSJ HEARING AND EXTEND BRIEFING SCHEDULE

CASE NO. 2:20-CV-01834-DJC-KJN

Having considered the amended stipulation and finding good cause therefor, IT IS ORDERED the date for the hearing on motion for summary judgment (ECF Doc 35) is continued from its noticed date of July 20, 2023 to August 17, 2023 at 1:30 p.m.

IT IS FURTHER ORDERED the briefing schedule on the motion for summary judgment is as follows:

(1) Plaintiff's Opposition brief due June 13, 2023 is extended to June 23, 2023; and

(2) Defendant's Reply brief due June 23, 2023 is extended to July 11, 2023.

Dated: June 6, 2023

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE