# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENLEY FINANCE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> GOYETTE & ASSOCIATES, INC., et al.,; BIOSCIENCE ENTERPRISES, INC., a California corporation; and DOES 1-20 inclusive <br><br> Defendants. | Case No. 2:20-cv-01834-DJC-KJN <br><br> **ORDER ON STIPULATION FOR SETTLEMENT CONFERENCE BEFORE CHIEF MAGISTRATE JUDGE KENDALL J. NEWMAN** <br><br> Courtroom: Courtroom 2, 15th floor <br> Honorable Daniel J. Calabretta __ |

Plaintiff Henley Finance, Ltd. ("Plaintiff") and Defendants Goyette & Associates, Inc. and Bioscience Enterprises, Inc. ("Defendants") (collectively "the Parties") stipulated to appearing before the Honorable Chief Magistrate Judge Kendall J. Newman on January 16, 2024 at 9:30 a.m. for Settlement Conference.

IT IS ORDERED that the Parties are to appear and participate in a Settlement Conference before the Honorable Chief Magistrate Judge Kendall J. Newman on January 16, 2024 at 9:30 a.m. or as otherwise directed by Chief Magistrate Judge Newman.

Dated: November 3, 2023      /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE